UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

                        18-CV-05026 (MKB) (MMH)

                  - against -

IN OVATIONS HOLDINGS, INC. and
MARK GOLDBERG,

                      Defendants,
------------------------------------------------------------------------x

**NOTICE OF PLAINTIFF'S MOTION FOR A CIVIL PENALTY
AGAINST DEFENDANT IN OVATIONS HOLDINGS, INC.**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "Commission"), upon the accompanying (1) Plaintiff's Memorandum of Law in Support of its Motion for a Civil Penalty Against Defendant In Ovations Holdings, Inc. and (2) the Declaration of Thomas Peirce in Support of Plaintiff's Motion for a Civil Penalty Against Defendant In Ovations Holdings, Inc. ("Peirce Declaration") and attached exhibits, will move this Court, before the Honorable Margo K. Brodie, Chief Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at such time as the Court may direct, for a judgment requiring Defendant In Ovations Holdings, Inc. to pay a civil penalty of $150,000 for the reasons set forth in the supporting papers and in the form of the proposed judgment attached as Exhibit 2 to the Peirce Declaration.

Dated: New York, New York
October 20, 2022

/s/ Preethi Krishnamurthy
Preethi Krishnamurthy
Thomas Peirce
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
T: (212) 336-0116 (Krishnamurthy)
krishnamurthyp@sec.gov

*Attorneys for Plaintiff*