UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>-against-<br><br>IN OVATIONS HOLDINGS, INC. and MARK GOLDBERG,<br><br>                     Defendants. | 18-CV-05026 (MKB) (MMH) |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), I hereby certify that I caused to be served the Notice of Plaintiff's Motion for a Civil Penalty Against Defendant In Ovations Holdings, Inc.; Plaintiff's Memorandum of Law in Support of its Motion for a Civil Penalty Against Defendant In Ovations Holdings, Inc.; and the Declaration of Thomas Peirce in Support of Plaintiff's Motion for a Civil Penalty Against Defendant In Ovations Holdings, Inc. and attached exhibits, including a proposed judgment as to Defendant In Ovations Holdings, Inc., on this 20th day of October, 2022, to the parties by the following means:

    Defendant In Ovations Holdings, Inc. via UPS overnight delivery:

        In Ovations Holdings, Inc.
        6485 82nd Street
        Middle Village, NY 11379

        In Ovations Holdings, Inc.
        1708 E. Altheimer
        Wabbaseka, AR 75451

        In Ovations Holdings, Inc.
        214 Anthony Ln.
        Red Oak, TX  75154

        In Ovations Holdings, Inc.
        c/o Jack Tanner
        Registered Agent for Service of Process
        1801 California Street #2600
        Denver, CO  80202

Defendant Mark Goldberg by UPS overnight delivery and email:

        Robert Knuts, Esq.
        Sher Tremonte LLP
        90 Broad Street, 23re Floor
        New York, NY 10004
        RKnuts@shertremonte.com.

Dated: Sunnyside, New York
       October 20, 2022

                                        /s/ Preethi Krishnamurthy
                                        Preethi Krishnamurthy